IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA<br><br>v.<br><br>ALAN KANE<br>DERRELL JOHNSON | CRIMINAL ACTION<br><br>NO. 24-14 |
|---|---|

# ORDER

AND NOW, this 19th day of December 2024, this Court hereby **ORDERS** that Defendant Alan Kane's Post-Trial Motions and Defendant Derrell Johnson's Post-Trial Motions are **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, J.**

\\ADU.DCN\PAED\PHL-DATA\JUDGE_BAYLSON\CRIMINAL CASES\24-CR-14 KANE ET AL\24-CR-14 ORDER ON POST-TRIAL MOTIONS.DOCX