IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| VS. | : | |
| | : | |
| ALAN KANE | : | NO. 24-14-2 |

**WHEREFORE**, this 23rd day of December, 2024, it is hereby ORDERED that

Defendant's Motion to Continue Sentencing is GRANTED. The Sentencing will now take place on April 10, 2025 at 2:00 p.m. in Courtroom 3A.

**BY THE COURT:**

/s/ Michael M. Baylson
**HONORABLE MICHAEL M. BAYLSON**

- 1 -