- 1 -

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| VS. | : | |
| | : | |
| **ALAN KANE** | : | NO. 24-14-2 |

## ORDER TO SEAL

AND NOW, this  28th  day of  April , 2025, it is hereby ORDERED that Defendant's Sentencing Memorandum and accompanying exhibits are SEALED until further order of this Court.

BY THE COURT:

/s/ Michael M. Baylson
**HONORABLE MICHAEL M. BAYLSON**